ENTERED
JS-6

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUL 2 8 2010

CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRI HUNT,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. EDCV 09-2127 RNB<br><br>**JUDGMENT** |

In accordance with the Order Reversing Decision of Commissioner and Remanding for Further Administrative Proceedings filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings, pursuant to sentence four of 42 U.S.C. § 405(g).

DATED: July 26, 2010

_/s/ Robert N. Block_
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE